# MANDATE

## Court of Appeals of Maryland

Misc. No. 1, September Term, 2008

YURI TORRES GONZALES, et al.

v.

PRESTIGE MAINTENANCE USA INC., et al.

Certified Question of Law from U.S. District Cour District of Maryland.

(Continued)

FILED / LODGED / ENTERED / RECEIVED

OCT - 7 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**STATEMENT OF COSTS:**

In Circuit Court:

Record
Stenographer's Costs

In Court of Appeals:

Petition Filing Fee . . . . . . . . . . . . . . . .
Printing Brief for Appellant . . . . . . . . . . .
Portion of Record Extract — Appellant . . . . . . .
Reply Brief . . . . . . . . . . . . . . . . . . . .
Appearance Fee — Appellant . . . . . . . . . . . .
Filing Fee on Appeal (Court of Special Appeals) . .    NO COSTS.

Printing Brief for Appellee . . . . . . . . . . . .
Portion of Record Extract — Appellee . . . . . . . .
Appearance Fee — Appellee . . . . . . . . . . . . .

STATE OF MARYLAND, ss:

*I do hereby certify that the foregoing is truly taken from the records and proceedings of the said Court of Appeals.*

*In testimony whereof, I have hereunto set my hand as Clerk and affixed the seal of the Court of Appeals this* fifth *day of* October *, 2009.*

Bessie M. Decker
Clerk of the Court of Appeals of Maryland.

Costs shown on this Mandate are to be settled between counsel and NOT THROUGH THIS OFFICE.

M A N D A T E     (Continued)

Re: <u>Yuri Torres Gonzales, et al. v.
    Prestige Maintenace USA INC., et al.</u>
    Misc. No. 1, September Term, 2009

August 28, 2008 - Certified Question of Law filed.

October 6, 2008 - Joint Motion to Extend Briefing Schedule filed.

October 9, 2008 - Joint Motion to Postpone Argument filed.

October 14, 2008 - Order of the Court of Appeals filed granting
    that the brief of the appellants shall be field on or before
    February 23, 2009; brief of the appellees shall be filed on
    or before March 25, 2009. Argument shall be postponed until
    the April 2009 session of Court.

February 18, 2009 - E-mail from Jackson Lewis LLP advising of
    most current address.

March 26, 2009 - Joint Motion for Dismissal filed.

October 5, 2009 - Letter from Christopher E. Humber along with
    an Order of Final Approval of Settlement Agreement, Final
    Judgment, Dismissal with Prejudice, and Withdrawal of
    Certification Request filed.

October 5, 2009 - Order of the Court Appeals filed dismissing
    the case.

October 5, 2009 - CASE DISMISSED.